■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD BELL, Appellant.—Appeal, by permission, from an order of the County Court of Rensselaer County (Dwyer, Jr., J.), entered August 11, 1989, which denied defendant's motion pursuant to CPL 440.10 to vacate a judgment convicting him of the crime of murder in the second degree, without a hearing.

Order affirmed *(see, People v Decker,* 134 AD2d 726). Kane, J. P., Weiss, Mikoll, Yesawich, Jr., and Levine, JJ., concur.